## UNITED STATES
### v.
## WILLIAM WATSON

1808

JOURNAL ENTRIES

1. Defendant ruled into custody  .  .  .  .  . *Journal, infra,* \*p. 145

PAPERS IN FILE
[None]

## UNITED STATES
### v.
## WILLIAM WATSON

1808

JOURNAL ENTRIES

1. Defendant ruled into custody  .  .  .  .  . *Journal, infra,* \*p. 146

PAPERS IN FILE
[None]